IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00295-WJM-03

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**3.     PIRUN PIM,**

       Defendant.

---

### FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. §§ 841, 846 and 853, as set forth in the Superseding Indictment returned on January 28, 2014;

THAT a Preliminary Order of Forfeiture was entered on July 8, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on November 9, 2015;

THAT, as of November 20, 2015, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (a)(2).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the $462.88 seized from JPMorganChase account xxxxx0550, shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2), free from the claims of any other party;

THAT the United States shall have full and legal title to the $462.88 seized from JPMorganChase account xxxxx0550 and may dispose of it in accordance with law.

Dated this 23rd day of November, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge